**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RICHARD DOUGAN,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:11-cv-1409-Orl-22KRS**

**ARMITAGE PLUMBING, LLC,**
**THOMAS ARMITAGE, and ANGELA**
**ARMITAGE,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion to Dismiss Certain Affirmative Defenses to Plaintiff's Complaint (Doc. No. 12) filed on October 20, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed November 14, 2011 (Doc. No. 18) is ADOPTED and CONFIRMED and made a part of this Order.

     2.     Plaintiff's Motion to Dismiss Certain Affirmative Defenses to Plaintiff's Complaint (Doc. No. 12) is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 29, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge